UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE PITTS                                                          CIVIL ACTION

VERSUS

SAM'S EAST, INC., ET AL.                                NO. 20-00631-BAJ-EWD

### RULING AND ORDER

Before the Court are Plaintiff Joe Pitts's **Motion for Leave to Amend the Complaint (Doc. 6)** and **Motion to Remand (Doc. 9)**. While the Motion for Leave to Amend is unopposed, the Motion to Remand is opposed. (Doc. 10). The Magistrate Judge has issued a **Report and Recommendation (Doc. 11)**, recommending that the Court grant Plaintiff's unopposed Motion for Leave to Amend. Because granting the Motion for Leave to Amend will destroy complete diversity, the Magistrate Judge further recommended that the Court remand this case to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, for lack of subject matter jurisdiction, rendering Plaintiff's Motion to Remand moot. The Report and Recommendation is unopposed.

Having carefully considered the underlying Complaint, the instant Motions, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint (Doc. 6) is **GRANTED.**

**IT IS FURTHER ORDERED** that, due to the addition of the non-diverse Defendant DuraServe Corporation, that this matter be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Doc. 9) is **DENIED** as moot.

A separate order of remand shall issue.

Baton Rouge, Louisiana, this 4th day of August, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**